IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00238-AP

CINDY L. WENDELIN

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.
_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

TERESA H. ABBOTT
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303) 757-5000
Facsimile (303) 689-9627
E-mail: abbott.teresa@gmail.com
Attorney for Plaintiff

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
Kevin.Traskos@usdoj.gov

Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A.      **Date Complaint Was Filed:** February 4, 2008
B.      **Date Complaint Was Served on U.S. Attorney's Office:** February 6, 2008
C.      **Date Answer and Administrative Record Were Filed:** April 28, 2008 (Answer) and April 29, 2008 (Administrative Record)

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record is not complete. The missing evidence consists of an examination report from Dr. Lesnak dated 10/05/2005, a treating physician. In that report, Dr. Lesnak specifically prescribes specific work-related restrictions, contrary to the ALJ's conclusion at Tr. 10H of the administrative record. The evidence impacts the RFC and the ultimate outcome of this case.

Defendant states that he cannot agree to supplement the record with Dr. Lesnak's 10/05/2005 report because it was not part of the record considered by the ALJ or the Appeals Council. Plaintiff is, however, free to submit this report with her Opening Brief, and Defendant will address the report in his Response.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff intends to submit Dr. Lesnak's 10/05/2005 report, referenced in paragraph 4, above.

Defendant does not intend to submit any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties are not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court at this time.

## 8.  BRIEFING SCHEDULE

 Counsel for both parties agree to the following proposed briefing schedule:
**A.  Plaintiff's Opening Brief Due:** June 25, 2008
**B.  Defendant's Response Brief Due:** July 25, 2008
**C.  Plaintiffs Reply Brief (If Any) Due:** August 8, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiff's Statement:**
   Plaintiff requests oral argument.

**B.  Defendant's Statement:**
   Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 19th  day of May, 2008.

                              BY THE COURT:


                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE
APPROVED:

For Plaintiff:

*s/ Teresa H. Abbott*
TERESA H. ABBOTT
3515 S. Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303) 757-5000
Facsimile (303) 689-9627
E-mail: abbott.teresa@gmail.com

For Defendant:

TROY A. EID
United States Attorney

*s/Kevin Traskos*
KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303)454-0184
Facsimile: (303)454-0400
E-mail: kevin.traskos@usdoj.gov