IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00238-MSK

CINDY L. WENDELIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER SETTING ORAL ARGUMENT**
_____

    THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

    **IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **June 30, 2009,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

    DATED this 19th day of August, 2008.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge