IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00238-CMA

CINDY L. WENDELIN,

    Plaintiff,

v.

MICHAEL J. ASTURE,
Commissioner of Social Security,

    Defendant.

---

## ORDER RESETTING ORAL ARGUMENT
---

This matter is before the Court *sua sponte.* It appears from a review of this Court's docket that a scheduling conflict exists on the scheduled date. Therefore,

IT IS ORDERED that the Oral Argument set for June 30, 2009 at 4:00 p.m. is reset to **February 26, 2009 at 9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

DATED November __6th__, 2008

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge