# MEMORANDUM

**DATE**:   May 19, 2009

**TO**:   Case No. 08-cv-00238-CMA

**FROM**:   Judge Christine M. Arguello

**CASE NAME**:   *Wendelin v. Astrue*

Plaintiff may proceed in forma pauperis on appeal.